| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>PETER PENA, ESQ.<br>PP0324<br>ONE LEE PLACE<br>PATERSON, NEW JERSEY 07505<br>(973) 278-800<br>ATTORNEY FOR DEBTOR<br><br><br>In Re:<br><br>ANTONIA G. BENITEZ | Case No.:    19-18638<br><br>Chapter:    13<br><br>Hearing Date:    JUNE 20, 2019 @ 8:30 AM<br><br>Judge:    PAPALIA |

## CERTIFICATION OF ANTONIA BENITEZ IN RESPONSE TO OBJECTION

I, Antonia Benitez, am the debtor in the above captioned case and I submit this Certification in Response to the objection filed by the Trustee herein.

1. The Trustee's objection raises questions as to the viability of the plan based on my income. An issue arose when I presented a current paystub at the meeting of creditors and same had a deduction of $100.00 thereby reducing my net income from what my schedules had illustrated.

2. In the earlier part of this year I had to have a medical procedure and my employer allows an advance for same. I had taken $500 for the procedure and the employer deducted $100 per week for five weeks. I attached hereto a copy of a paystub from May 15, 2019 showing said deduction (See Exhibit A).

3. I have paid same completely and I attach hereto my most recent paystub which shows that the $100 deduction is no longer being made from my weekly paycheck (See Exhibit B).

4. In addition, a creditor has filed a claim on an automobile which was determined a total loss after an accident. I did not anticipate this claim as I believed the insurance company had paid the entire amount due them.

5. As a result of the above a family member has agreed to make a monthly contribution of $300 per month towards my expenses for the term of my plan (See Exhibit C). This amount will be enough to cover any discrepancies in my proposed plan as well as the new creditor. This is a 100% plan.

6. I will be filing the amended schedules and plan accordingly to reflect these changes.

I certify under penalty of perjury that the above is true.

Date: 6-7-2019

Antonia G. Benitez

# EXHIBIT A

# Earnings Statement

**ADP**

AMERICAN MUSICAL SUPPLY
8 THORNTON ROAD
OAKLAND, NJ-07436

Period Ending:   05/05/2019
Pay Date:        05/08/2019

Taxable Marital Status:  Single
Exemptions/Allowances:
  Federal:    0
  NJ:         Table A

ANTONIA GIL DE BENITEZ

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Reg/Straight | 14.4000 | 40.00 | 576.00 | 9,996.05 |
| Overtime | 21.6000 | 5.08 | 109.73 | 1,261.01 |
| Holiday | | | | 230.40 |
| **Gross Pay** | | | **$685.73** | 12,409.06 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -63.34 | 1,123.29 |
| | Social Security Tax | -41.31 | 746.47 |
| | Medicare Tax | -9.66 | 174.58 |
| | NJ State Income Tax | -11.11 | 200.51 |
| | NJ SUI/SDI Tax | -4.64 | 83.77 |
| | **Other** | | |
| | Advance | -100.00 | 300.00 |
| | Dental | -1.86* | 35.34 |
| | Medical | -16.48* | 313.12 |
| | Rsv For Adp401K | -86.64 | 1,646.16 |
| | Vision Plan | -1.09* | 20.71 |
| | 401K | -34.29* | 620.44 |
| | **Net Pay** | **$315.31** | |
| | Checking 1 | -315.31 | 7,144.67 |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Er-K | 17.14 | 310.20 |
| P | 19.43 | 369.17 |
| 401K | | 620.44 |

**Time Card Detail**

| DATE | IN | OUT | IN | OUT | TOTAL |
|---|---|---|---|---|---|
| MON 04/29 | 8:30AM | 12:30PM | 1:31PM | 6:30PM | 8.98 |
| TUE 04/30 | 8:29AM | 12:31PM | 1:32PM | 6:32PM | 9.03 |
| WED 05/01 | 8:33AM | 12:30PM | 1:31PM | 6:31PM | 8.95 |
| THU 05/02 | 8:30AM | 12:34PM | 1:31PM | 6:31PM | 9.07 |
| FRI 05/03 | 8:31AM | 12:31PM | 1:31PM | 6:34PM | 9.05 |

* Excluded from federal taxable wages
Your federal taxable wages this period are $632.01

© 1998, 2006, ADP, LLC All Rights Reserved.
© 2000 ADP, LLC
▼ TEAR HERE

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

AMERICAN MUSICAL SUPPLY
8 THORNTON ROAD
OAKLAND, NJ-07436

Advice number:         0009
Pay date:              05/08/2019

**Deposited to the account of**
ANTONIA GIL DE BENITEZ

| account number | transit ABA | amount |
|---|---|---|
| 3587 | xxxx xxxx | $315.31 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

# EXHIBIT B

# Earnings Statement

**ADP**

AMERICAN MUSICAL SUPPLY
8 THORNTON ROAD
OAKLAND, NJ-07436

Period Ending: 05/26/2019
Pay Date: 05/30/2019

Taxable Marital Status: Single
Exemptions/Allowances:
 Federal: 0
 NJ: Table A

ANTONIA GIL DE BENITEZ

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Reg/Straight | 14.4000 | 40.00 | 576.00 | 11,724.05 |
| Overtime | 21.6000 | 4.63 | 100.01 | 1,555.20 |
| Holiday | | | | 230.40 |
| **Gross Pay** | | | **$676.01** | 14,431.25 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -62.23 | 1,309.31 |
| | Social Security Tax | -40.70 | 868.23 |
| | Medicare Tax | -9.52 | 203.05 |
| | NJ State Income Tax | -10.92 | 233.16 |
| | NJ SUI/SDI Tax | -4.57 | 97.41 |
| | Other | | |
| | Dental | -1.86* | 40.92 |
| | Medical | -16.48* | 362.56 |
| | Rsv For Adp401K | -86.64 | 1,906.08 |
| | Vision Plan | -1.09* | 23.98 |
| | 401K | -33.80* | 721.55 |
| | Advance | | 500.00 |
| | **Net Pay** | **$408.20** | |
| | Checking 1 | -408.20 | 8,165.00 |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Er-K | 16.90 | 360.75 |
| P | 19.43 | 427.46 |
| 401K | | 721.55 |

### Time Card Detail

| DATE | IN | OUT | IN | OUT | TOTAL |
|---|---|---|---|---|---|
| MON 05/20 | 8:30AM | 12:32PM | 1:31PM | 6:30PM | 9.01 |
| TUE 05/21 | 8:30AM | 12:33PM | 1:33PM | 6:31PM | 9.02 |
| WED 05/22 | 8:30AM | 12:33PM | 1:33PM | 6:31PM | 9.02 |
| THU 05/23 | 9:24AM | 12:29PM | 1:31PM | 7:03PM | 8.61 |
| FRI 05/24 | 8:30AM | 12:30PM | 1:33PM | 6:31PM | 8.97 |

\* Excluded from federal taxable wages
 Your federal taxable wages this period are $622.78

© 1998, 2006, ADP, LLC All Rights Reserved.
© 2000 ADP, LLC
▼ TEAR HERE

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

AMERICAN MUSICAL SUPPLY
8 THORNTON ROAD
OAKLAND, NJ-07436

Advice number: 0009
Pay date: 05/30/2019

**Deposited to the account of**
ANTONIA GIL DE BENITEZ

| account number | transit ABA | amount |
|---|---|---|
| x7587 | xxxx xxxx | $408.20 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

# EXHIBIT C

## CONTRIBUTION LETTER

1. I, Victor Quilvio Montesino, am the cousin of Antonia Benitez.

2. I understand that she has filed a Chapter 13 Bankruptcy petition under case number 19-18638.

3. I have agreed to contribute the sum of $300.00 per month towards her expenses so that her proposed plan may work.

4. I agree to make these contributions for the life of the plan which I understand will be for five (5) years.

I certify under penalty of perjury that the above is true.

Dated: June 7, 2019

Victor Quilvio Montesino

Sworn & Subscribed to before me on this 7th Day of June, 2019

JACQUELINE PRADO
NOTARY PUBLIC OF NEW JERSEY
MY COMMISSION EXPIRES OCT. 31, 2021