Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−18638−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
　ANTONIA G. BENITEZ
　aka ANTONIA GUZMAN
　405 Main St
　Paterson, NJ 07501−2815

Social Security No.:
　xxx−xx−4272

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 5/1/19 and a confirmation hearing on such Plan has been scheduled for 6/20/19.

The debtor filed a Modified Plan on 6/10/19 and a confirmation hearing on the Modified Plan is scheduled for 7/18/19 at 8:30 AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

　A full copy of the modified Plan will follow this notice.

Dated: June 11, 2019
JAN: wdh

　　　　　　　　　　　　　　　　　　　　　　　　　　　Jeanne Naughton
　　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                        Case No. 19-18638-VFP
ANTONIA G. BENITEZ                                                            Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin              Page 1 of 2         Date Rcvd: Jun 11, 2019
                            Form ID: 186             Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 13, 2019.
```
db             ANTONIA G. BENITEZ,    405 Main St,    Paterson, NJ 07501-2815
518212517      BASCOM CORPORATION,    495 River St,    Paterson, NJ 07524-1901
518212518      Bloom/dsnb,    PO Box 8218,    Mason, OH 45040-8218
518212522      CITY OF PATERSON,    TAX COLLECTOR LIEN DEPT.,    155 Market St,    Paterson, NJ 07505-1414
518212521      Citibank/the Home Depot,    Attn: Recovery/Centralized Bankruptcy,    PO Box 790034,
                 Saint Louis, MO 63179-0034
518212525      Deptartment Store National Bank/Macy's,    Attn: Bankruptcy,    9111 Duke Blvd,
                 Mason, OH 45040-8999
518212526      Dsnb Bloomingdales,    Attn: Recovery 'Bk',    PO Box 9111,    Mason, OH 45036
518212527      GUADALUPE FRESSIE,    C/O PELLEGRINO & FELDSTEIN,    280 US Highway 46,
                 Denville, NJ 07834-1239
518212528      Hy Cite Enterprises, LLC/Royal Prestige,    Attn: Bankruptcy,    333 Holtzman Rd,
                 Madison, WI 53713-2109
518212529      Hy Cite/Royal Prestige,    333 Holtzman Rd,    Madison, WI 53713-2109
518212530      Macys/dsnb,    PO Box 8218,    Mason, OH 45040-8218
518212531      Target,    Attn: Bankruptcy,    PO Box 9475,    Minneapolis, MN 55440-9475
518212532      Td Bank USA/Targetcred,    PO Box 673,    Minneapolis, MN 55440-0673
518212533      Thd/Cbna,    PO Box 6497,    Sioux Falls, SD 57117-6497
518262962     +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
518212534      WELLS FARGO DEALER SERVICES,    PO Box 17900,    Denver, CO 80217-0900
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jun 11 2019 23:39:49     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 11 2019 23:39:45     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518212516      E-mail/Text: ebn@americollect.com Jun 11 2019 23:39:56     Americollect Inc,
                 1851 S Alverno Rd,    Manitowoc, WI 54220-9208
518212520      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 11 2019 23:46:38
                 Capital One Bank USA N,    15000 Capital One Dr,    Richmond, VA 23238-1119
518212519      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 11 2019 23:46:00     Capital One,
                 Attn: Bankruptcy,    PO Box 30285,    Salt Lake City, UT 84130-0285
518287609     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 11 2019 23:46:11
                 Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518212523      E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 11 2019 23:39:34     Comenitycapital/tytard,
                 Attn: Bankruptcy Dept,    PO Box 182125,    Columbus, OH 43218-2125
518212524      E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 11 2019 23:39:34     Comenitycb/Toyota Rwds,
                 PO Box 182120,    Columbus, OH 43218-2120
518268311     +E-mail/Text: bncmail@w-legal.com Jun 11 2019 23:39:57     TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                               TOTAL: 9
```

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 13, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 11, 2019 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation
               kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Jun 11, 2019
                              Form ID: 186             Total Noticed: 25
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
            Marie-Ann   Greenberg    magecf@magtrustee.com
            Peter   Pena    on behalf of Debtor ANTONIA G. BENITEZ penaesq@aol.com
            U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                TOTAL: 5