Form oresadoc – oresadocv27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−18638−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
ANTONIA G. BENITEZ
aka ANTONIA GUZMAN
405 Main St
Paterson, NJ 07501−2815

Social Security No.:
xxx−xx−4272

Employer's Tax I.D. No.:

**ORDER RESPECTING
AMENDMENT TO SCHEDULE D, E/F, G OR H
OR LIST OF CREDITORS**

The Court having noted that the debtor filed an Amendment to Schedule E/F on 6/10/19 or to the List of Creditors on , and for good cause shown, it is

ORDERED that the debtor must provide notice of the Amendment to the creditor(s) or party(ies) being deleted, added or modified and to the trustee in the case, if any, not later than 7 days after the date of this Order.

It is further ORDERED that the debtor(s) must serve on added creditors or parties, not later than 7 days after the date of this Order, the following:

1. A copy of the applicable Notice of Chapter 13 Bankruptcy Case, and

2. In a Chapter 11 case:

   a) a copy of the last modified plan and disclosure statement, if any, and

   b) a copy of any order approving the adequacy of the disclosure statement and/or the scheduling of the plan for confirmation.

3. In a Chapter 12 or Chapter 13 case:

   a) a copy of the Notice of Hearing on Confirmation of Plan, if any, and

   b) a copy of the last modified plan that has been filed in the case.

It is further ORDERED that not later than 7 days after the date of this Order, the debtor(s) must file the Local Form, Certification of Service, certifying compliance with the above requirements.

It is further ORDERED that the added creditors or parties have

1. until the original deadline, if any, fixed by the court to file a complaint to object to the debtor's discharge or dischargeability of certain debts, or sixty 60 days from the date of this Order, whichever is later;

2. until the original deadline, if any, fixed by the Court to file a proof of claim or required supplement, or sixty 60 days from the date of this Order, whichever is later;

3. until the original deadline fixed by the Court to object to exemptions, or thirty 30 days from the date of this Order, whichever is later.

Dated: June 11, 2019
JAN: wdh

<u>Vincent F. Papalia</u>
United States Bankruptcy Judge

United States Bankruptcy Court
District of New Jersey

In re:  
ANTONIA G. BENITEZ  
     Debtor

Case No. 19-18638-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Jun 11, 2019  
                 Form ID: oresadoc     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2019.
db           ANTONIA G. BENITEZ,   405 Main St,   Paterson, NJ  07501-2815

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 11 2019 23:39:45     United States Trustee,
          Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
          Newark, NJ 07102-5235
                                                                                                                          TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2019                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 11, 2019 at the address(es) listed below:
          Denise E. Carlon   on behalf of Creditor   Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Kevin Gordon McDonald   on behalf of Creditor   Toyota Motor Credit Corporation
           kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Marie-Ann Greenberg   magecf@magtrustee.com
          Peter Pena   on behalf of Debtor ANTONIA G. BENITEZ penaesq@aol.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                           TOTAL: 5