Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.: 19−18638−VFP
                Chapter: 13
                Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   ANTONIA G. BENITEZ
   aka ANTONIA GUZMAN
   405 Main St
   Paterson, NJ 07501−2815

Social Security No.:
   xxx−xx−4272

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 7/22/20.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: July 22, 2020
JAN: mcp

                              Jeanne Naughton
                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
ANTONIA G. BENITEZ  
    Debtor

Case No. 19-18638-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin        Page 1 of 2        Date Rcvd: Jul 22, 2020  
                      Form ID: 148        Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 24, 2020.
```
db              ANTONIA G. BENITEZ,   405 Main St,   Paterson, NJ 07501-2815
cr             +Guadalupe Fressie,   c/o Pellegrino & Feldstein, LLC,   290 Route 46 West,
                 Denville, NJ 07834-1239
518212517      +BASCOM CORPORATION,   495 River St,   Paterson, NJ 07524-1995
518212518       Bloom/dsnb,   PO Box 8218,   Mason, OH 45040-8218
518212522       CITY OF PATERSON,   TAX COLLECTOR LIEN DEPT.,   155 Market St,   Paterson, NJ 07505-1414
518212526       Dsnb Bloomingdales,   Attn: Recovery 'Bk',   PO Box 9111,   Mason, OH 45036
518212527       GUADALUPE FRESSIE,   C/O PELLEGRINO & FELDSTEIN,   280 US Highway 46,
                 Denville, NJ 07834-1239
518212528      #Hy Cite Enterprises, LLC/Royal Prestige,   Attn: Bankruptcy,   333 Holtzman Rd,
                 Madison, WI 53713-2109
518212529       Hy Cite/Royal Prestige,   333 Holtzman Rd,   Madison, WI 53713-2109
518262962      +Toyota Motor Credit Corporation,   PO Box 9013,   Addison, Texas 75001-9013
518307950      +Wells Fargo Bank N.A., d/b/a Wells Fargo Auto,   PO Box 130000,   Raleigh, NC 27605-1000
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 23 2020 00:27:21     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 23 2020 00:27:18     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518212516       E-mail/Text: ebn@americollect.com Jul 23 2020 00:27:29     Americollect Inc,
                 1851 S Alverno Rd,   Manitowoc, WI 54220-9208
518212520       EDI: CAPITALONE.COM Jul 23 2020 03:38:00     Capital One Bank USA N,   15000 Capital One Dr,
                 Richmond, VA 23238-1119
518212519       EDI: CAPITALONE.COM Jul 23 2020 03:38:00     Capital One,   Attn: Bankruptcy,   PO Box 30285,
                 Salt Lake City, UT 84130-0285
518287609      +EDI: AIS.COM Jul 23 2020 03:38:00     Capital One Bank (USA), N.A.,   4515 N Santa Fe Ave,
                 Oklahoma City, OK 73118-7901
518340747      +EDI: CITICORP.COM Jul 23 2020 03:38:00     Citibank, N.A.,   701 East 60th Street North,
                 Sioux Falls, SD 57104-0493
518212521       EDI: CITICORP.COM Jul 23 2020 03:38:00     Citibank/the Home Depot,
                 Attn: Recovery/Centralized Bankruptcy,   PO Box 790034,   Saint Louis, MO 63179-0034
518212523       EDI: WFNNB.COM Jul 23 2020 03:38:00     Comenitycapital/tytard,   Attn: Bankruptcy Dept,
                 PO Box 182125,   Columbus, OH 43218-2125
518212524       EDI: WFNNB.COM Jul 23 2020 03:38:00     Comenitycb/Toyota Rwds,   PO Box 182120,
                 Columbus, OH 43218-2120
518341238       EDI: Q3G.COM Jul 23 2020 03:38:00     Department Stores National Bank,   c/o Quantum3 Group LLC,
                 PO Box 657,   Kirkland, WA 98083-0657
518212525       EDI: TSYS2.COM Jul 23 2020 03:38:00     Deptartment Store National Bank/Macy's,
                 Attn: Bankruptcy,   9111 Duke Blvd,   Mason, OH 45040-8999
518212530       EDI: TSYS2.COM Jul 23 2020 03:38:00     Macys/dsnb,   PO Box 8218,   Mason, OH 45040-8218
518670652       EDI: PRA.COM Jul 23 2020 03:38:00     Portfolio Recovery Associates, LLC,   PO Box 41067,
                 Norfolk, VA 23541
518670653       EDI: PRA.COM Jul 23 2020 03:38:00     Portfolio Recovery Associates, LLC,   PO Box 41067,
                 Norfolk, VA 23541,   Portfolio Recovery Associates, LLC,   PO Box 41067,   Norfolk, VA 23541
518324863       EDI: Q3G.COM Jul 23 2020 03:38:00     Quantum3 Group LLC as agent for,   Comenity Capital Bank,
                 PO Box 788,   Kirkland, WA 98083-0788
518268311      +E-mail/Text: bncmail@w-legal.com Jul 23 2020 00:27:29     TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
518212531       EDI: WTRRNBANK.COM Jul 23 2020 03:38:00     Target,   Attn: Bankruptcy,   PO Box 9475,
                 Minneapolis, MN 55440-9475
518212532       EDI: WTRRNBANK.COM Jul 23 2020 03:38:00     Td Bank USA/Targetcred,   PO Box 673,
                 Minneapolis, MN 55440-0673
518212533       EDI: CITICORP.COM Jul 23 2020 03:38:00     Thd/Cbna,   PO Box 6497,
                 Sioux Falls, SD 57117-6497
518212534       EDI: WFFC.COM Jul 23 2020 03:38:00     WELLS FARGO DEALER SERVICES,   PO Box 17900,
                 Denver, CO 80217-0900
                                                                                               TOTAL: 21
```

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.  
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

```
District/off: 0312-2           User: admin                Page 2 of 2              Date Rcvd: Jul 22, 2020
                               Form ID: 148               Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 22, 2020 at the address(es) listed below:
          Deborah T. Feldstein    on behalf of Creditor Guadalupe  Fressie dfeldstein@caplaw.net
          Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Kevin Gordon McDonald    on behalf of Creditor   Toyota Motor Credit Corporation
           kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Peter  Pena    on behalf of Debtor ANTONIA G. BENITEZ penaesq@aol.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6
```